SCWC-16-0000067

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MIKE YELLEN,
Petitioner/Plaintiff-Appellant,

vs.

OFFICE OF THE PROSECUTING ATTORNEY; STATE OF HAWAII;
FORMER GOVERNOR NEIL ABERCROMBIE; GOVRENOR DAVID IGE;
DEPARTMENT OF MOTOR VEHICLES; JANE/JOHN DOES 1-100,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000067; CIVIL NO. 3RC-15-1-000440)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant's application for writ of certiorari, filed on November 3, 2017, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 11, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

